UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUAN LUNA,<br><br>        Plaintiff,<br><br>v.<br><br>LINDA MOOD, et al.,<br><br>        Defendants. | Case No. 2:24-cv-01199-JAD-EJY<br><br>**ORDER** |

On October 2, 2024, the Court issued an Order granting Plaintiff's application to proceed *in forma pauperis* and permitted Plaintiff's Equal Protection Clause claim alleged against Linda Mood to proceed. ECF No. 6. The Court dismissed Plaintiff's claims against Defendant Stutzman without prejudice and with leave to amend. The Court further ordered the Screening Order and Plaintiff's Complaint to be served on the Office of the Attorney General of the State of Nevada by adding the Attorney General to the docket sheet for purposes of asking whether the AG's Office would accept service on behalf of Ms. Mood. The Nevada Attorney General advises that Plaintiff's Complaint names employees of Nevada Southern Detention Center who are not Nevada Department of Corrections employees. ECF No. 7.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is to send a copy of this Order together with the Screening Order at ECF No. 6 and a blank USM-285 form to Plaintiff.

IT IS FURTHER ORDERED that Plaintiff must complete the USM-285 form for Defendant Linda Mood to the best of his ability to do so and return the same, **no later than October 31, 2024** to:

    Gary G. Schofield
    U.S. Marshal, District of Nevada
    Lloyd D. George Federal Courthouse
    333 Las Vegas Blvd. S., Suite 2058
    Las Vegas, Nevada 89101

IT IS FURTHER ORDERED that the Clerk of Court must issue a Summons for Linda Mood and deliver the same, together with one copy of Plaintiff's Complaint (ECF No. 1) and Screening Order (ECF No. 6) to the U.S. Marshal Service.

IT IS FURTHER ORDERED that the U.S. Marshal Service must attempt service on Linda Mood within twenty-one (21) days of the date of receipt of the USM-285 from Plaintiff. If no address is provided, then personal service of Ms. Mood must be attempted at the Nevada Southern Detention Center such that she is notified that service of process is being made and is required to come to the location where the U.S. Marshal may hand deliver such service.

IT IS FURTHER ORDERED that Plaintiff is reminded that service of process must occur within 90 days of filing the Complaint and while that time can be extended failure to timely return the completed USM-285 form may result in the dismissal of Linda Mood.

Dated this 8th day of October, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE