UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN LUNA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LINDA MOOD, *et al.*,<br><br>　　　　Defendants. | Case No. 2:24-cv-01199-JAD-EJY<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>ECF No. 17 |

On 12/4/24 the magistrate judge entered the following report and recommendation:

　　　On October 23, 2024, the Court entered an Order requiring Plaintiff to update his address in accordance with Local Rule IA 3-1. ECF No. 13. The Court gave Plaintiff through and including November 22, 2024 to comply with the Order. *Id*. The Court explained that failure to comply with the terms of the Court's Order would result in a recommendation to dismiss this case without prejudice. *Id*. The Court's mail to Plaintiff was returned undeliverable on November 5, 2024. ECF No. 15. As of today's date, Plaintiff has not updated his address or otherwise communicated with the Court. A court may dismiss an action based on a party's failure to prosecute an action or failure to obey a court order. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992).

　　　Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice in its entirety.

　　　DATED this 4th day of December, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

### ORDER ADOPTING REPORT AND RECOMMENDATION

　　　The deadline for any party to object to this recommendation was 12/18/24, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *United States v. Reyna-Tapia*,

1

328 F.3d 1114, 1121 (9th Cir. 2003). Having reviewed the report and recommendation, I find good cause to adopt it, and I do. IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 17] is ADOPTED in its entirety**. **This case is DISMISSED without prejudice, and the Clerk of Court is directed to CLOSE it.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 20, 2024